**Marquis Aurbach Coffing**
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
fmf@maclaw.com
crenka@maclaw.com
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVARDLEE, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>WEST FLAMINGO & FT. APACHE, LLC;<br>HAE UN LEE; and KENNETH KJ LEE,<br><br>                    Defendants. | Case No.:    2:13-cv-01107-JCM-PAL |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Defendants WEST FLAMINGO & FT. APACHE, LLC, HAE UN LEE, and KENNETH KJ LEE (collectively "Defendants") by and through their attorneys Frank M. Flansburg III, Esq. and Candice E. Renka, Esq. of the law firm of Marquis Aurbach Coffing; Plaintiff, HARVARDLEE, LLC ("Plaintiff") by and through its attorneys Abran E. Vigil, Esq. and Matthew Lamb, Esq. of the law firm of Ballard Spahr, LLP, hereby Stipulate and agree as follows:

   1.   The Parties hereby dismiss any and all claims arising from or related to the above captioned civil action no. 2:13-cv-01107-JCM-PAL with prejudice.

   3.   Each party will bear its or his or her own attorney fees and costs.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: 8/12/13 | DATED: 8/12/13 |
| BALLARD SPAHR, LLP | MARQUIS AURBACH COFFING |
| /s/ *Abran E. Vigil* #11783 | /s/ *Candice Renka* |
| ABRAN E. VIGIL, ESQ.<br>MATTHEW LAMB, ESQ.<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>Telephone: (702) 471-7000<br>Facsimile: (702) 471-7070<br>*Counsel For Harvardlee, LLC* | FRANK M. FLANSBURG III, ESQ.<br>CANDICE E. RENKA, ESQ.<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone (702) 382-0711<br>Facsimile: (702) 382-5816<br>*Counsel for Defendants West Flamingo & Ft. Apache, LLC, Hae Un Lee, and Kenneth KJ Lee* |

## ORDER

IT IS HEREBY ORDERED that Case No. 2:13-cv-01107-JCM-PAL is dismissed with prejudice, each party to bear its or his or her own attorney fees and costs.

Dated November 19, 2013.

/s/ *James C. Mahan*
The Honorable James C. Mahan, Judge
United States District Court, District of Nevada

Submitted by:

MARQUIS AURBACH COFFING

By: /s/ *Candice Renka*
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
CANDICE E. RENKA, ESQ.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants